UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MICHAEL BEYERLE and JENNIFER BEYERLE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No.: 4:23-cv-00139-SEB-KMB |
| NORTH HARRISON COMMUNITY SCHOOL CORPORATION, NATHAN FREED, and STEPHEN HATTON, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Michael Beyerle and Jennifer Beyerle, and Defendants North Harrison Community School Corporation, Nathan Freed, and Stephen Hatton, having stipulated and agreed to the dismissal of this cause with prejudice, and the Court having reviewed said stipulation and being otherwise duly advised finds the stipulation to be proper and that this cause should be dismissed.

IT IS THEREFORE ORDERED that the above cause of action is hereby dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Date: 3/25/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF